NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LAMONT T. TARKINGTON, | ) | No. C 10-05368 JF (PR) |
| Plaintiff, | ) | ORDER DIRECTING CLERK TO REISSUE SUMMONSES |
| vs. | ) | |
| G. D. LEWIS, et al., | ) | |
| Defendants. | ) | |

Plaintiff, a prisoner currently incarcerated at the Pelican Bay State Prison, filed the instant civil rights action in pro se pursuant to 42 U.S.C. § 1983 against prison officials for allegedly unconstitutional acts. The Court ordered service of Plaintiff's complaint upon the named defendants. (See Docket No. 7.)

The summons for Defendants J. Walker, N. Grannis and Dr. Wollger were returned unexecuted on March 14, 2011 for various reasons. (Docket Nos. 18, 19 & 20.) The Court notes that summonses for Walker and Grannis were issued to a place other than where Plaintiff had indicated they were located in his complaint. The Court also notes that the summons for Wollger should have been issued to "Vollger." (Compl. at 3.) Accordingly, the Court will reissue summons to these defendants.

# CONCLUSION

For the reasons stated above, the Court orders as follows:

1. The Clerk of the Court shall reissue summons and the United States Marshal shall serve, without prepayment of fees, a copy of the complaint in this matter, all attachments thereto, a copy of the Court Order filed February 22, 2011, (Docket No. 7), and a copy of this order upon **Defendants N. Grannis and J. Walker** at **the California Department of Corrections and Rehabilitation** in **Sacramento,** and **Defendants Dr. Vollger** at the **Pelican Bay State Prison**. The Clerk shall also mail a courtesy copy of this order to the California Attorney General's Office.

2. Defendants shall file a motion for summary judgment or other dispositive motion with respect to the claims in the complaint found to be cognizable, and briefing shall proceed thereafter, in accordance with the schedule and instructions set forth in the Court's Order of Service, filed February 22, 2011. (Docket No. 7.)

IT IS SO ORDERED.

DATED: 4/1/11

JEREMY FOGEL
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LAMONT TARKINGTON,

        Plaintiff,

  v.

G.D. LEWIS, et al.,

        Defendants.

Case Number: CV10-05368 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on  4/22/11 , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lamont T. Tarkington F-77000
Pelican Bay State Prison
5905 Lake Earl Drive
Crescent City, CA 95532

Dated:  4/22/11

                                      Richard W. Wieking, Clerk