**E-FILED on 9/20/11**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LAMONT T. TARKINGTON, | ) | No. C 10-05368 JF (PR) |
| Plaintiff, | ) ) | ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE |
| v. | ) ) | OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY |
| G. D. LEWIS, et al., | ) ) | JUDGMENT |
| Defendants. | ) ) | |
| _____ | ) | (Docket No. 46) |

Plaintiff, an inmate at the Pelican Bay State Prison in Crescent City, California, filed a pro se civil rights complaint under 42 U.S.C. § 1983, challenging the conditions of his confinement. Plaintiff has filed a motion for extension of time, (Docket No. 46), to file opposition to Defendants motion for summary judgment, (Docket No. 39). Good cause appearing, Plaintiff's motion is GRANTED, such that his opposition to Defendants' motion for summary judgment shall be filed **no later than September 12, 2011**.

This order terminates Docket No. 46.

DATED: ____9/19/11____                    _____
                                                                                    JEREMY FOGEL
                                                                                    United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT TARKINGTON,<br><br>        Plaintiff,<br><br>  v.<br><br>G.D. LEWIS et al,<br><br>        Defendant. | Case Number: CV10-05368 JF<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 20, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lamont T. Tarkington F-77000
Pelican Bay State Prison
5905 Lake Earl Drive
Crescent City, CA 95532

Dated: September 20, 2011

                                      Richard W. Wieking, Clerk
                                      By: Jackie Lynn Garcia, Deputy Clerk