1
2
3
4               ****E-FILED 9/20/2011****
5
6
7
8                          NOT FOR CITATION
9              IN THE UNITED STATES DISTRICT COURT
10           FOR THE NORTHERN DISTRICT OF CALIFORNIA
11

| | | |
|---|---|---|
12  LAMONT T. TARKINGTON,          )    No.  C 10-05368 JF (PR)
                                    )
13              Plaintiff,          )    ORDER GRANTING MOTION FOR
                                    )    EXTENSION OF TIME TO FILE
14      v.                          )    OPPOSITION TO DEFENDANTS'
                                    )    MOTION FOR SUMMARY
15                                  )    JUDGMENT
    G. D. LEWIS, et al.,            )
16                                  )
              Defendants.           )
17  _____ )    (Docket No. 46)
18
19          Plaintiff, an inmate at the Pelican Bay State Prison in Crescent City, California,
20  filed a pro se civil rights complaint under 42 U.S.C. § 1983, challenging the conditions of
    his confinement.  Plaintiff has filed a motion for extension of time, (Docket No. 46), to
21  file opposition to Defendants motion for summary judgment, (Docket No. 39).  Good
22  cause appearing, Plaintiff's motion is GRANTED, such that his opposition to Defendants'
23  motion for summary judgment shall be filed **no later than September 12, 2011**.
24          This order terminates Docket No. 46.
25  DATED: _____
26                                          _____
                                            JEREMY FOGEL
27                                          United States District Judge
28

# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

LAMONT TARKINGTON,

          Plaintiff,

  v.

G.D. LEWIS et al,

          Defendant.

_____/

Case Number: CV10-05368 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 20, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lamont T. Tarkington F-77000
Pelican Bay State Prison
5905 Lake Earl Drive
Crescent City, CA 95532

Dated: September 20, 2011

Richard W. Wieking, Clerk
By: Jackie Lynn Garcia, Deputy Clerk